## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS (WORCESTER)

| | |
|---|---|
| IN RE:<br><br>Douglas S. Walbridge and Glynnis A. Walbridge | CHAPTER 13<br>CASE NO. 12-42183-CJP |

### STIPULATION REGARDING POST-PETITION ARREARS DUE TO WELLS FARGO BANK, N.A.

Now come Wells Fargo Bank, N.A. ("Lender") and Douglas S. Walbridge and Glynnis A. Walbridge ("Debtors") and stipulate as follows:

1.  The total post-petition arrearage as of September 19, 2016 is $8,297.09.  This consists of the following post-petition payments and charges:

| | | |
|---|---|---|
| Payments 2/1/2016-9/1/2016 | 8@$1,098.72 | $8,789.76 |
| Suspense | | *($492.67)* |
| | **Total Amount Due** | **$8,297.09** |

2.  On or before September 30, 2016, the Debtors shall make a down payment of $2,197.44, thus bringing the post petition arrearage to a total of $6,099.65.

3.  On or before October 1, 2016, and monthly thereafter through March 1, 2017, subject to a 15 day grace period, the Debtors shall make payments as set forth below to cure the post-petition arrearage due on the claim:

Stipulation **Payment Schedule**

| Payment Number (or due date) | Monthly Payment Amount | Monthly Arrearage Amount | Total Monthly Payment |
|---|---|---|---|
| 10/1/2016 | $1,098.72* | $1,016.61 | $2,115.33 |
| 11/1/2016 | $1,098.72* | $1,016.61 | $2,115.33 |
| 12/1/2016 | $1,098.72* | $1,016.61 | $2,115.33 |
| 1/1/2017 | $1,098.72* | $1,016.61 | $2,115.33 |
| 2/1/2017 | $1,098.72* | $1,016.61 | $2,115.33 |

|  |  |  |  |
|---|---|---|---|
| 3/1/2017 | $1,098.72* | $1,016.60 | $2,115.32 |

\* If the Debtors receive notice of a change to the regular monthly mortgage payment amount per the terms of the note and mortgage, the Debtors shall make the appropriate adjustment to the total monthly amount due. The monthly arrearage amount will not change.

4.      All payments addressed above should be made payable Wells Fargo Bank, N.A. and sent to the following address:

**Wells Fargo Bank**
**ATTN: Cash Management Manager**
**1 Home Campus**
**MAC #X2302-04 FL 04**
**Des Moines, IA 50328**

5.      Commencing April 1, 2017, and monthly thereafter, the debtors shall make their regular monthly post-petition payments in the amount of $1,098.72 subject to change pursuant to the terms of the Note and Mortgage.

6.      **IF THE DEBTORS FAIL TO MAKE SAID PAYMENTS BY THE DATES SPECIFIED IN PARAGRAPHS TWO THROUGH THREE OF THIS STIPULATION, RELIEF FROM STAY MAY BE GRANTED WITHOUT HEARING BY THE COURT UPON WELLS FARGO BANK, N.A. FILING A CERTIFICATE OF NON-COMPLIANCE ALONG WITH ITS MOTION FOR RELIEF FROM STAY AFTER TEN (10) DAYS NOTICE OF DEFAULT TO THE DEBTORS AND TO THE DEBTORS' ATTORNEY, BY FIRST CLASS MAIL, POSTAGE PREPAID, OR BY EMAIL. A $50.00 FEE SHALL BE CHARGED FOR EACH NOTICE OF DEFAULT, AND A $150.00 FEE SHALL BE CHARGED FOR EACH CERTIFICATE OF NON-COMPLIANCE NEEDED THROUGHOUT THE LIFE OF THIS STIPULATION AGREEMENT. THE DEBTORS HAVE THE RIGHT TO OBJECT TO THE CERTIFICATE OF NON-COMPLIANCE ONLY ON THE BASIS THAT THE PAYMENTS WERE MADE TIMELY UNDER THE STIPULATION.**

7.      The terms of this stipulation shall be null and void if the case is converted or dismissed.
Agreed to on this   12   day of October, 2016

| | |
|---|---|
| Wells Fargo Bank, N.A., | Douglas S. Walbridge and Glynnis A. |
| By Lender's attorney, | Walbridge |
| | By their Attorney, |
| /s/Joshua Ryan-Polczinski_____ | |
| Joshua Ryan-Polczinski, Esquire | /s/Holly H. Hines |
| BBO# 678007 | Holly H. Hines, Esquire |
| Harmon Law Offices, P.C. | Hines Law Offices |
| P.O. Box 610389 | 91 Merriam Avenue |
| Newton Highlands, MA 02461-0345 | Leominster, MA 01453 |
| (617) 558-0500 | 978-840-1929 |
| 617-243-4049 (fax) | Fax : 978-840-1929 |
| mabk@harmonlaw.com | Email:    holly_hineslawoffices@comcast.net |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (WORCESTER)**

IN RE:                                              CHAPTER 13
                                                    CASE NO. 12-42183-CJP
Douglas S. Walbridge and Glynnis A.
Walbridge

## CERTIFICATE OF SERVICE

     I, Joshua Ryan-Polczinski, Esquire, state that on October 12,  2016, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Massachusetts on behalf of Wells Fargo Bank, N.A. using the CM/ECF System.  I served the foregoing document on the following CM/ECF participants:

Denise M. Pappalardo, Esquire, Chapter 13 Trustee
Richard King, Esquire, Assistant U.S. Trustee
Holly  H. Hines, Esquire for the Debtors
David  E. Silverman, Esquire for St. Mary's Credit Union

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

                             /s/Joshua Ryan-Polczinski
                             Joshua Ryan-Polczinski, Esquire
                             BBO# 678007

Douglas S. Walbridge
17 Cedar Street
Hudson, MA 01749

Glynnis A. Walbridge
17 Cedar Street
Hudson, MA 01749

Town of Hudson
Office of the Tax Collector
78 Main Street
Hudson, MA 01749